RAY KIM LAW, APC
Raymond Y. Kim (SBN 251210)
112 E. Amerige Ave., Suite 240
Fullerton, CA 92832
Telephone: 833-729-5529
Facsimile: 833-972-9546
E-mail:ray@raykimlaw.com

Attorneys for Plaintiff
Chang Liu

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Chang Liu,<br><br>Plaintiff,<br><br>vs.<br><br>2000 Broadway G2 LLC; Greystar Real Estate Partners, LLC; and Columbia Debt Recovery LLC, dba Genesis; and DOES 1-5,<br><br>Defendants. | Case No.: 3:26-cv-03289<br><br>**PLAINTIFFS' CERTIFICATE OF CONFLICTS AND INTERESTED ENTITIES AND PERSONS**<br><br>N.D. Cal. Civ. L.R. 3-15 |

Pursuant to Civil L.R. 3-15, counsel for Plaintiff Chang Liu ("Plaintiff") certifies that as of this date, there is no conflict or interest, financial or otherwise (other than the named parties), to report.

Respectfully submitted,

Dated: April 17, 2026

RAY KIM LAW, APC

*/s/ Raymond Y. Kim*
Raymond Y. Kim
Attorneys for Plaintiff
Chang Liu